1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROGER TOWERS & CATHERINE               No.  2:16-cv-2417-MCE-KJN PS
     TOWERS,
12
                    Plaintiffs,
13                                           ORDER

         v.
14
     CARLOS VILLAPUDUA, et al.,
15

16                  Defendants.

17

18          Plaintiffs initially commenced this action and paid the filing fee on October 11, 2016.

19   (ECF No. 1.)  Presently pending before the court are multiple motions to dismiss and a motion to

20   strike filed by several defendants in this action, which were noticed for hearing on December 15,

21   2016.  (ECF Nos. 5, 8, 15, 16, 17, 18, 20.)  Pursuant to Local Rule 230(c), plaintiffs were required

22   to file an opposition or statement of non-opposition to the motions no later than fourteen (14)

23   days prior to the hearing, i.e., by December 1, 2016.  Although that deadline has now passed, the

24   court has yet to receive a responsive filing from plaintiffs.

25          The court has considered whether the action should be dismissed at this juncture.

26   However, in light of plaintiffs' *pro se* status and the court's desire to resolve the action on the

27   merits, the court grants plaintiffs an additional opportunity to oppose the motions, if they desire to

28   do so.  Alternatively, if plaintiffs determine that they no longer wish to pursue this action in

1

1    federal court, they may instead file a request for voluntary dismissal of the action without

2    prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

3          The court also notes that several of the appearing defendants have consented to the

4    jurisdiction of a United States Magistrate Judge for all purposes, including the entry of final

5    judgment, pursuant to 28 U.S.C. § 636(c).  Therefore, within 21 days of this order, plaintiffs and

6    any remaining appearing defendants shall file a brief statement indicating whether or not they

7    consent to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

8    Importantly, the parties are under no obligation to so consent, but the designation merely assists

9    the court in determining how the action will be administratively processed.

10          Accordingly, IT IS HEREBY ORDERED that:

11      1. The December 15, 2016 hearing on the pending motions to dismiss and motion to

12         strike is VACATED.

13      2. No later than January 5, 2017, plaintiffs shall file either an opposition to the pending

14         motions or a request for voluntary dismissal of the action without prejudice.

15      3. Defendants shall file any reply briefs no later than January 19, 2017.

16      4. No further briefing will be permitted, unless specifically requested by the court.  After

17         review of the parties' written briefing, the court will schedule a hearing on the

18         motions, if deemed necessary.

19      5. Plaintiffs are cautioned that failure to file an opposition to the pending motions or a

20         request for voluntary dismissal of the action without prejudice by the required

21         deadline may result in dismissal of the action with prejudice pursuant to Federal Rule

22         of Civil Procedure 41(b).

23      6. Within 21 days of this order, all parties who have appeared in the action shall file a

24         brief statement indicating whether or not they consent to the jurisdiction of a United

25         States Magistrate Judge for all purposes, including the entry of final judgment,

26         pursuant to 28 U.S.C. § 636(c).

27    ////

28    ////

1           IT IS SO ORDERED.

2    Dated:  December 5, 2016

3

4                                              _____
                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28